# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00143 LJO |
| Plaintiff, | |
| vs. | ORDER TO SEAL |
| FEDERICO BECERRIL-IGNACIO | |
| Defendant. / | |

The Clerk of the Court is hereby ordered to seal the "defendant's letter" regarding the hearing on the Attorney Conflict Issue held on August 27, 2010.

IT IS SO ORDERED.

**Dated:    December 1, 2010**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1