BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant United States Attorneys
2500 Tulare Street, Suite. 4401
Fresno, CA 93721
Telephone: (916) 559-4000
Facsimile: (916) 559-4099

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>FEDERICO BECERILL-IGNACIO<br><br>                    Defendant, | CASE NO. 1:10-CR-00143-001<br><br>**ORDER TO REDUCE TERM OF IMPRISONMENT TO TIME SERVED** |

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to  18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Federico Becerill-Ignacio, to time served, and commencement of a 36-month term of supervised release previously imposed.  The court finds:

   1. Defendant, Federico Becerill-Ignacio, pled guilty to violating 8 U.S.C. § 1326(a), Deported Alien Found in the United States.

   2. Mr. Becerill-Ignacio was sentenced on February 18, 2011, in the United States District Court for the Eastern District of California, to a total term of 37 months of imprisonment

[PROPOSED] ORDER TO REDUCE TERM
OF IMPRISONMENT TO TIME SERVED

1

followed by a 36-month term of supervised release.  His Good Conduct Release date is December 18, 2012, but he may not survive to that date.

3. Mr. Becerill-Ignacio, age 41, has been diagnosed with Stage IV metastatic spindle cell carcinoma.  Aggressive treatment has not been effective.  Oncologists evaluate his condition as incurable.  His prognosis is poor and his life expectancy is estimated at less than six months.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.  The Director of the Bureau of Prisons contends, and this court agrees, that the Defendant's terminal medical condition and very limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the 36-month term of supervised release previously imposed.

IT IS SO ORDERED.

Dated:   **September 10, 2012**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO REDUCE TERM OF IMPRISONMENT TO TIME SERVED          2